UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE PARISH OF PLAQUEMINES<br>    Plaintiff<br><br>VERSUS<br><br>CAMPBELL ENERGY CORPORATION, BEPCO, L.P., BOPCO, L.P., EXXON MOBIL CORPORATION, CONOCOPHILLIPS COMPANY, GRAHAM ROYALTY, LTD., GULF EXPLORATION COMPANY, INC., CHEVRON U.S.A., INC., GULF PRODUCTION COMPANY, INC., KENMORE OIL CO., INC., THE LOUISIANA LAND AND EXPLORATION COMPANY LLC, LINDER OIL COMPANY, A PARTNERSHIP, LLOG EXPLORATION & PRODUCTION COMPANY, L.L.C., FREEPORT-MCMORAN OIL & GAS LLC, RESOURCES INVESTMENT CORPORATION, SPARTAN MINERALS, LTD., CHEVRON U.S.A. HOLDINGS, INC., AND EDWIN L. COX<br>    Defendants. | CIVIL ACTION NO.: 2:18-cv-05264<br><br>JUDGE: FELDMAN<br><br>MAGISTRATE JUDGE: NORTH |

**DEFENDANTS' MOTION FOR STAY PENDING MDL DETERMINATION**

For the reasons provided in the attached memorandum in support, Defendants Defendants, Chevron U.S.A. Inc., Chevron U.S.A. Holdings, Inc., Exxon Mobil Corporation, ConocoPhillips Company, and The Louisiana Land and Exploration Company LLC (hereafter, "moving Defendants") respectfully request that the Court stay proceedings in this case – and particularly consideration of remand – until after the Judicial Panel on Multidistrict Litigation

1

(JPML) rules on a pending motion to coordinate proceedings in this case and 40 other cases. The JPML is scheduled to meet on July 26, 2018.

    Respectfully submitted:

**KEAN MILLER LLP**

/s/ Claire E. Juneau
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Brett P. Fenasci (#29858)
brett.fenasci@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
Shannon Shelton Cobb (#34762)
shannon.cobb@keanmiller.com
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3951
-and-

**KEAN MILLER LLP**
Charles S. McCowan, III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
-and-

**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
Alexandra White (#29478)
lwhite@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Defendants Chevron U.S.A. Inc. and Chevron U.S.A. Holdings Inc.*


/s/ Michele DeShazo_____
Deborah D. Kuchler, T.A. (#17013)
Robert E. Guidry (#28064)
Sarah E. Iiams (#22418)
Michele Hale DeShazo (#29893)
**KUCHLER POLK WEINER, LLC**
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
T. 504-592-0691
F. 504-592-0697

*Attorneys for ConocoPhillips Company and The Louisiana Land and Exploration Company LLC*


/s/ Robert McNeal_____
Robert B. McNeal (No. 14211)
rbmcneal@liskow.com
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Michael P. Cash (No. 31655)
mcash@liskow.com
**LISKOW & LEWIS**
First City Tower
1001 Fannin Street
Houston, Texas 77002-6756

3

Telephone: (713) 651-2900
Facsimile: (713) 651-2908
-and-

Jamie D. Rhymes (No. 24621)
jdrhymes@liskow.com
**LISKOW & LEWIS**
822 Harding Street
Lafayette, Louisiana 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399
-and-

Martin A. Stern (No. 17154)
martin.stern@arlaw.com
Glen M. Pilié (No. 1539)
glen.pilie@arlaw.com
Jeffrey E. Richardson (No. 23273)
jeffrey.richardson@arlaw.com
Alexandra G. Roselli (#37847)
alexandra.roselli@arlaw.com
**ADAMS AND REESE LLP**
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
-and-

Roy C. Cheatwood (No. 04010)
rcheatwood@bakerdonelson.com
Monica A. Frois (No. 20187)
mfrois@bakerdonelson.com
Matthew A. Woolf (No. 27146)
mwoolf@bakerdonelson.com
Tyler L. Weidlich (No. 30790)
tweidlich@bakerdonelson.com
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

*Attorneys for Exxon Mobil Corporation*

## **CERTIFICATE OF SERVICE**

This is to certify that on May 30, 2018, a copy of the foregoing was filed electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which then issued electronic notices of the filing to registered attorneys in the federal CM/ECF PACER system.

/s/Claire E. Juneau