UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE PARISH OF PLAQUEMINES                    CIVIL ACTION

v.                                           NO. 18-5264

CAMPBELL ENERGY CORPORATION, ET AL.          SECTION "F"

ORDER

Before the Court is the defendants' motion to stay pending a determination by the Judicial Panel on Multidistrict Litigation as to whether this case is appropriate for transfer and consolidated proceedings. IT IS ORDERED: that the defendants' motion to stay is GRANTED and that the matter is stayed and administratively closed pending a decision of the MDL Panel.[1]

New Orleans, Louisiana, June 25, 2018

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] See Jefferson Parish v. Exxon Mobil Corp., No. 18-5257 (E.D. La. June 11, 2018)(Brown, J.)(granting motion to stay in related litigation); Plaquemines Parish, et al. v. Linder Oil Company, et al., No. 18-5231 (E.D. La. June 13, 2018)(Morgan, J.)(same); Plaquemines Parish v. HilCorp Energy Co., No. 18-5210 (E.D. La. June 15, 2018)(Africk, J.)(same).