UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5264** |
| **CAMPBELL ENERGY CORPORATION, ET AL.** | **SECTION "E" (5)** |

### ORDER OF RECUSAL

The undersigned, taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial conduct, and considering that she owns stock in Exxon Mobil, that she must disqualify herself from acting herein because of such relationship to the aforesaid company,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 5th day of January, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

1/5/23

**REALLOTTED TO**
**SECT. L**